|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>April 30, 2024<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>DEPUTY |

UNITED STATES OF AMERICA, EX §
REL.; and TAMMY R. FABIAN, §
　　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　　§　　CIVIL NO. SA-23-CV-01554-OLG
v. §
　　　　　　　　　　　　　　　§
GARY RICHARD COLTON, §
　　　　　　　　　　　　　　　§
　　　　Defendant. §

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed March 25, 2024, concerning Plaintiff's claims under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, filed in connection with her motion to proceed *in forma pauperis*.[1] (*See* R&R, Dkt. No. 11.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). The R&R was mailed by certified mail on March 25, 2024 (*see* Dkt. No. 14) and received by Plaintiff as of April 4, 2024 (*see* Dkt. No. 16). To date, no objections have been filed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of

---

[1] *See* W.D. Tex. Standing Order Regarding Court Docket Management of Cases Involving Applications to Proceed in Forma Pauperis for the San Antonio Division (effective Oct. 8, 2019), available at Standing-Order-Regarding-Court-Docket-Management-of-Cases-Involving-Applications-to-Proceed-In-Forma-Pauperis-for-the-San-Antonio-Division-100819.pdf (uscourts.gov).

those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law. Accordingly, the Court **ACCEPTS** the Magistrate Judge's R&R (Dkt. No. 11) and, for the reasons set forth therein, the claims in Plaintiff's Complaint (Dkt. No. 5) are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2).

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this _____ day of April, 2024.

_____
ORLANDO L. GARCIA
United States District Judge